## FEBRUARY 13, 1990

No. 89–996. CITY OF GEORGETOWN, TEXAS, ET AL. *v.* TEMPLO MONTE SINAI, INC., ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

## FEBRUARY 20, 1990

No. 89–1031. MEIJER, INC., ET AL. *v.* FRANKENMUTH MUTUAL INSURANCE CO., INDIVIDUALLY AND/OR AS SUBROGEE OF GOLEMBIEWSKI. Ct. App. Mich. Certiorari dismissed under this Court's Rule 46.

No. 89–6143. KENDRICK, GUARDIAN AD LITEM FOR KENDRICK, A MINOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.

No. 89–935. LIVELY EXPLORATION CO. ET AL. *v.* VALERO TRANSMISSION CO. Appeal from Ct. App. Tex., 4th Dist., dismissed for want of substantial federal question.

No. — – ——. HENDERSON *v.* BANK OF NEW ENGLAND. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.